In the Matter of LINLEY MERRITT, Respondent, *v.* THOMAS W. MERRITT, Appellant.

Argued January 20, 1941; decided February 27, 1941.

*Mortimer Scheffler* for appellant.

*William C. Chanler,* Corporation Counsel (*James Hall Prothero, Paxton Blair* and *Alice E. Trubin* of counsel), for respondent.

Appeal dismissed, without costs, on the ground that the answer to the question certified rests in the discretion of the Domestic Relations Court and, therefore, cannot be reviewed by us. No opinion. (See 285 N. Y. 743.)

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS and DESMOND, JJ. Taking no part: CONWAY, J.